

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵

JAN 06 2015

12/31/2014
CANTU, ROBERT          Tr. Ct. No. 2008CR11211-W1          WR-82,642-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ROBERT CANTU
TDC #1642639
200 N Comal St
San Antonio, TX 78207

RETURN TO SENDER
INFORMATION
NUMBER AND UNIT
LOCATION TO IDENTIFY